EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re:<br><br>Juan Carlos Grau Díaz | 2006 TSPR 68<br><br>167DPR _____ |
| --- | --- |

Número del Caso: TS-8527


Fecha: 29 de marzo de 2006


 Abogado de la Parte Peticionaria:

Por Derecho Propio

Colegio de Abogados de Puerto Rico:

Lcdo. José M. Montalvo Trías


Oficina de Inspección de Notarías:

Lcda. Carmen H. Carlos
Directora



Materia: Conducta Profesional
        (La suspensión del abogado advino final y firme el día
        24 de abril de 2006.)



Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:


Juan Carlos Grau Díaz                    TS-8527




                          PER CURIAM


San Juan, Puerto Rico, a 29 de marzo de 2006.



        El Lcdo. Juan Carlos Grau Díaz fue admitido al ejercicio de la profesión el 14 de enero de 1987.

        El 23 de agosto de 2004 la Directora de la Oficina de Inspección de Notarías nos sometió un informe detallando una serie de deficiencias serias que existían en la obra notarial de Grau Díaz. El 3 de diciembre de 2004 emitimos una Resolución y le concedimos un término a Grau Díaz para corregir las deficiencias notariales referidas.

        Varias semanas luego de haber vencido el término concedido a Grau Díaz sin que éste hubiese cumplido con lo dispuesto en nuestra Resolución del 3 de diciembre de 2004, compareció Grau Díaz ante nos y

solicitó una prórroga para cumplir. El 15 de marzo de 2005 le concedimos la prórroga solicitada.

Así las cosas, el 13 de mayo de 2005 le concedimos una segunda prórroga a Grau Díaz para cumplir con la Resolución pendiente, luego que éste la solicitara por no haber podido cumplir con el término anterior.

Entonces, el 25 de agosto de 2005, compareció la Directora de la Oficina de Inspección de Notarías para informarnos que a pesar de las dos prórrogas que le habíamos concedido a Grau Díaz para ello, éste no había realizado gestión alguna para corregir las deficiencias notariales en cuestión. En vista de ello, el 31 de octubre de 2005 le concedimos un término final a Grau Díaz para cumplir con lo dispuesto en nuestra Resolución del 3 de diciembre de 2004, y lo apercibimos que su incumplimiento con este término final conllevaría severas sanciones incluyendo su separación del ejercicio de la abogacía.

A pesar del apercibimiento referido en el párrafo anterior, Grau Díaz no cumplió. Compareció ante nos tardíamente y nos informó, *inter alia*, que se encontraba residiendo y trabajando fuera de Puerto Rico. Solicitó otra prórroga más para cumplir con la obligación notarial que tenía pendiente, la cual le concedimos mediante Resolución del 23 de diciembre de 2005.

La cuarta prórroga venció hace más de dos meses y no hemos sabido nada más de Grau Díaz.

II

Reiteradamente hemos resuelto que los abogados tienen la responsabilidad de cumplir diligentemente las órdenes y requerimientos de este Tribunal. Hemos insistido una y otra vez que el incumplimiento con este deber, conllevará la suspensión del ejercicio profesional. *In re*: Ríos Pérez, res. el 24 de marzo de 2006; *In re*: García Enchautegui, res. el 3 de mayo de 2005, 164 D.P.R. ___, 2005 TSPR 62, 2005 JTS 67; *In re:* Lind Casado I, res. el 8 de abril de 2005, 164 D.P.R. ___, 2005 TSPR 57, 2005 JTS 61; *In re*: Quiñones Cardona, res. el 18 de marzo de 2005, 164 D.P.R. ___, 2005 TSPR 53, 2005 JTS 59; *In re:* Negrón Negrón, res. el 27 de diciembre de 2004, 163 D.P.R. ___, 2005 TSPR 5, 2005 JTS 10; *In re*: Surillo Ascar, res. el 10 de diciembre de 2004, 163 D.P.R. ___, 2004 TSPR 214, 2005 JTS 6.

En el caso de autos, Grau Díaz ha fallado crasamente con el deber aludido. Sus continuos incumplimientos con los numerosos requerimientos de este Tribunal reflejan que no le interesa continuar ejerciendo la abogacía. Por ende, se le suspende indefinidamente del ejercicio de la abogacía y la notaría.

Se le impone a Juan Carlos Grau Díaz el deber de notificar a todos sus clientes de su inhabilidad para seguir representándolos, devolverles cualesquiera honorarios recibidos por trabajos no realizados e informar

oportunamente de su suspensión a los distintos foros judiciales y administrativos del país.

Además, deberá acreditar a este Tribunal el cumplimiento con lo anterior dentro del término de treinta días a partir de la notificación de esta opinión Per Curiam y Sentencia.

Finalmente, el Alguacil de este Tribunal deberá incautarse de la obra y sello notarial del abogado suspendido y entregar los mismos a la Directora de la Oficina de Inspección de Notarías para la correspondiente investigación e informe.

Se dictará sentencia de conformidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Juan Carlos Grau Díaz                    TS-8527

SENTENCIA

San Juan, Puerto Rico, a 29 de marzo de 2006.

Por los fundamentos expuestos en la Opinión Per Curiam que antecede, la cual se hace formar parte de la presente Sentencia, se le suspende indefinidamente del ejercicio de la abogacía y la notaría.

Se le impone a Juan Carlos Grau Díaz el deber de notificar a todos sus clientes de su presente inhabilidad para seguir representándolos, devolverles cualesquiera honorarios recibidos por trabajos no realizados e informar oportunamente de su suspensión a los distintos foros judiciales y administrativos del país.

Además, deberá acreditar a este Tribunal el cumplimiento con lo anterior dentro del término de treinta días a partir de la notificación de esta Opinión Per Curiam y Sentencia.

Finalmente, el Alguacil de este Tribunal deberá incautarse de la obra y sello notarial del abogado suspendido y entregar los mismos a la Directora de la Oficina de Inspección de Notarías para la correspondiente investigación e informe.

TS-8527                            2


     Lo  pronunció,  manda  el  Tribunal  y  certifica  la
Secretaria del Tribunal Supremo.




                              Aida Ileana Oquendo Graulau
                              Secretaria del Tribunal Supremo